UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

STEPHEN GREEN,

        Plaintiff,

Case No. 10-14835

Honorable John Corbett O'Meara

v.

UNIFUND CCR PARTNERS, *et. al.*,

        Defendants.

_____/

## **ORDER OF PARTIAL REMAND**

Plaintiff filed this actions against Defendants alleging violations of the Fair Debt Collection Practices Act, 15 U.S.C. §§ 1692 *et seq.*, and the Michigan Occupational Code, Mich. Comp. Laws Ann. § 339.915. Defendants filed timely notice of removal.

Although Plaintiff's federal cause of action is cognizable in this court pursuant to 28 U.S.C. § 1331, the remaining allegations present claims based solely on state law. The parties to this action are not diverse. This court declines to exercise supplemental jurisdiction over Plaintiff's state law claims in order to avoid jury confusion. See 28 U.S.C. § 1367(c); United Mine Workers v. Gibbs, 383 U.S. 715 (1966); and Padilla v. City of Saginaw, 867 F. Supp. 1309 (E.D. Mich. 1994).

Accordingly, it is hereby **ORDERED** that the claims alleging a violation of the Michigan Occupational Code are **REMANDED** to the 16th Judicial District Court for the State of Michigan.

                                              s/John Corbett O'Meara
                                              United States District Judge

Date: December 21, 2010

I hereby certify that a copy of the foregoing document was served upon counsel of record on this date, December 21, 2010, using the ECF system.

                                                s/William Barkholz
                                                Case Manager